1  J. NIXON DANIEL, III (Fla. State Bar No. 228761)
   BEGGS & LANE, RLLP
2  501 Commendencia Street (32502-5915)
   P.O. Box 12950
3  Pensacola, FL  32591-2950
   Telephone:  (850) 432-2451
4  Facsimile:   (850) 469-3331
   jnd@beggslane.com
5
6  SCOT BERNSTEIN (Ca. State Bar No. 094915)
   LAW OFFICES OF SCOT BERNSTEIN
7  10510 Superfortress Ave., Suite C
   Mather Field, CA  95655
8  Telephone:  (916) 447-0100
   Facsimile:  (916) 933-5533
9  swampadero@aol.com

10 **Attorneys for Plaintiffs Ian Rogers, Colleen Rogers, and The Ian Rogers, M.D. Defined Contribution Plan**

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **IAN ROGERS, COLLEEN ROGERS, and THE IAN ROGERS, M.D. DEFINED CONTRIBUTION PLAN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CISCO SYSTEMS, INC.,**<br><br>Defendant<br><br>**In re CISCO SYSTEMS, INC. SECURITIES LITIGATION,**<br><br>**This Document Relates To:**<br><br>   ALL ACTIONS. | Case No. CV-03-03293-JW<br><br>(MDL No. 1527)<br><br>~~[PROPOSED]~~ **ORDER APPROVING STIPULATION GRANTING PLAINTIFFS PERMISSION TO ACCESS DISCOVERY PRODUCED IN CASE NO. 01-20418**<br><br>Lead Case No.: C-01-20418-JW (PVT)<br><br><u>**CLASS ACTION**</u> |

```
[PROPOSED] ORDER APPROVING STIPULATION GRANTING PLAINTIFFS
PERMISSION TO ACCESS DISCOVERY PRODUCED IN CASE NO. 01-20418
Case No. CV-03-03293-JW
Lead Case No.: C-01-20418-JW (PVT)
```

**[PROPOSED] ORDER APPROVING**
**STIPULATION GRANTING PLAINTIFFS PERMISSION TO ACCESS**
**DISCOVERY PRODUCED IN CASE NO. 01-20418**

The stipulation granting plaintiffs, Ian Rogers, Colleen Rogers, and the Ian Rogers, M.D. Defined Contribution Plan, permission to access discovery produced in Case No. C-01-20418-JW, signed by the plaintiffs and the defendant, Cisco Systems, Inc., on February 28, 2006, and docketed as Document 24 in Case No. CV-03-03293-JW is hereby APPROVED. IT IS SO ORDERED.

DATED: March 16, 2006

_____
The Honorable James Ware
United States District Court Judge

[PROPOSED] ORDER APPROVING STIPULATION GRANTING PLAINTIFFS
PERMISSION TO ACCESS DISCOVERY PRODUCED IN CASE NO. 01-20418
Case No. CV-03-03293-JW
Lead Case No.: C-01-20418-JW (PVT)