IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rogers, et al., | NO. C 03-03293 JW |
| Plaintiffs, | |
| v. | **ORDER RECOMMENDING REMAND; VACATING DEADLINES** |
| Cisco Systems Inc., et al., | |
| Defendants. | |

Based on the parties' stipulation filed March 2, 2006, and on the Court's review of the case, the Court recommends to the Judicial Panel on Multidistrict Litigation ("JPML") that this case be remanded to the Northern District of Florida. The deadline for the submission of summary judgment motions in this case before this Court is vacated pending the determination of the JPML regarding whether the case shall be so transferred.

Dated: June 23, 2006                             /s/ James Ware
03cv3293jpml                                          JAMES WARE
                                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alice L. Jensen ajensen@fenwick.com
Catherine Duden-Kevane ckevane@fenwick.com
James Nixon Daniel jnd@beggslane.com
Kevin P. Muck kmuck@fenwick.com

Barry Richard
Greenberg Traurig, P. A.
101 E College Ave
P. O. Drawer 1838
Tallahassee, FL 32302-1838

Scot Bernstein
Law Offices of Scot Bernstein
10510 Superfortress Ave.m Suite C
Mather Field, Ca 95655

**Dated: June 23, 2006**                    **Richard W. Wieking, Clerk**

                                            **By:__/s/ JW Chambers_____**
                                            **Melissa Peralta**
                                            **Courtroom Deputy**