J. NIXON DANIEL, III (Fla. State Bar No. 228761)
BEGGS & LANE, RLLP
501 Commendencia Street (32502-5915)
P.O. Box 12950
Pensacola, FL  32591-2950
Telephone:  (850) 432-2451
Facsimile:   (850) 469-3331
jnd@beggslane.com

SCOT BERNSTEIN (Ca. State Bar No. 094915)
LAW OFFICES OF SCOT BERNSTEIN
10510 Superfortress Ave., Suite C
Mather Field, CA  95655
Telephone:  (916) 447-0100
Facsimile:   (916) 933-5533
swampadero@aol.com

**Attorneys for Plaintiffs Ian Rogers, Colleen Rogers, and The Ian Rogers, M.D. Defined Contribution Plan**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **IAN ROGERS, COLLEEN ROGERS, and THE IAN ROGERS, M.D. DEFINED CONTRIBUTION PLAN,**<br><br>　　　　　　　　**Plaintiffs,**<br>　　vs.<br>**CISCO SYSTEMS, INC.,**<br>　　　　　　　　**Defendant.** | Case No. CV-03-03293-JW<br><br>**[MDL No. 1527]** |
| **In re CISCO SYSTEMS, INC. SECURITIES LITIGATION** | Case No.: C-01-20418-JW (PVT) |

**STIPULATION FOR AND [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO DESIGNATE RECORD AND STIPULATION REQUESTING AND [~~PROPOSED~~] ORDER GRANTING CLARIFICATION**

The parties, Ian Rogers, et al., and Cisco Systems, Inc., hereby stipulate to and request an extension of time to and including October 23, 2006, within which to designate the record to be

remanded to the Northern District of Florida, Case No. 3:03-cv-00032/LAC/MC, and also request clarification from the court regarding the remand order from the Judicial Panel on Multidistrict Litigation, and as grounds therefore say:

1.  On August 31, 2006, the Judicial Panel on Multidistrict Litigation issued a Conditional Remand Order. (Exhibit "A")

2.  On September 14, 2006, the parties submitted an agreed letter to this court seeking an extension of time to designate the record on appeal and seeking a clarification of the Conditional Remand Order. (Exhibit "B") At the time of the parties' letter, this court had not received the remand order.

3.  The portion of the Conditional Remand Order for which the parties sought clarification is:

> IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Northern District of California with a stipulation or designation of the contents of the record to be remanded and **all necessary copies of any pleadings or other matter filed** so as to enable said Clerk to comply with the order of remand. (Emphasis added.)

4.  It is the parties' understanding pursuant to a conversation with this court's law clerk, Mindy, that the parties are not required to provide to the court copies of the documents to be remanded.

5.  It is further the parties' understanding pursuant to a conversation with this court's law clerk, Mindy, that the clerk's office now has received the remand order.

6.  Due to the confusion regarding the remand order and the time needed for the parties to confer regarding the record to be remanded, the parties seek an extension of time to and including October 23, 2006, within which to designate the record to be remanded.

WHEREFORE, the parties respectfully request an order granting an extension of time to and including October 23, 2006, to designate the record for remand and an order clarifying that the parties are not required to submit <u>copies</u> of the designated documents for remand.

Dated:  September 27, 2006               BEGGS & LANE, RLLP


                                          By:  /S/
                                              J. NIXON DANIEL, III
                                              Attorneys for Plaintiffs Ian Rogers, Colleen
                                                Rogers, and The Ian Rogers, M.D. Defined
                                                Contribution Plan

Dated:  September 27, 2006               FENWICK & WEST LLP


                                          By:  /S/
                                              ILANA S. RUBEL
                                              Attorneys for Defendant Cisco Systems, Inc.

**IT IS SO ORDERED.**
DATED:  10/02/06            , 2006
                                          _____
                                          The Honorable James Ware
                                          United States District Court Judge

**STIPULATION**                              **CASE NOS. CV 03-03293-JW & C-01-20418-JW (PVT)**
                                                              **[MDL NO. 1527]**